**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>BLACK DIAMOND OILFIELD RENTALS, LLC, a Delaware limited liability company, BASIN HOLDINGS, LLC, a Delaware limited liability company, and BASIN ENERGY LLC, a Delaware limited liability company,<br><br>Defendants. | ) | Case No. CIV-24-1258-D |

**NOTICE OF SUBPOENA TO NON-PARTY GAGEMAKER, LP**

Pursuant to FED. R. CIV. P. 45(a)(4), Plaintiff National Oilwell Varco, L.P. ("NOV") gives notice of its intent to serve a subpoena on non-party Gagemaker, LP ("Gagemaker"), commanding the production of documents, electronically stored information, and/or tangible things, on or before July 11, 2025, at 12:00 p.m. (CT). A true and correct copy of the Subpoena is attached hereto as *Exhibit 1*. In accordance with LCvR45.1(a), NOV is filing this Notice at least seven (7) days before the subpoena is served on Gagemaker.

Respectfully submitted by:
**RYAN WHALEY, PLLC**

*s/Matthew K. Felty*_______________________
Phillip G. Whaley, OBA No. 13371
Evan W. Talley, OBA No. 22923
Matthew K. Felty, OBA No. 31057
Jim V. John, OBA No. 33928
Jacob Oliphant, OBA No. 34748
400 North Walnut Avenue
Oklahoma City, OK 73104
(405) 239-6040 (Telephone)
(405) 239-6766 (Facsimile)
pwhaley@ryanwhaley.com
etalley@ryanwhaley.com
mfelty@ryanwhaley.com
jjohn@ryanwhaley.com
joliphant@ryanwhaley.com

**ATTORNEYS FOR NATIONAL OILWELL VARCO, L.P.**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on the 16th of June, 2025, a true and correct copy of the foregoing *National Oilwell Varco, L.P.'s Notice of Subpoena to Gagemaker, LP* was transmitted to the CM/ECF registrants identified below:

Michael J. LaBrie, Esq.
Zachary A.P. Oubre, Esq.
Zachary L. Neighbors, Esq.
**MCAFEE & TAFT, P.C.**
8th Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102
mike.labrie@mcafeetaft.com
zach.oubre@mcafeetaft.com
zach.neighbors@mcafeetaft.com

**ATTORNEYS FOR DEFENDANT BLACK DIAMOND OILFIELD RENTALS, LLC**

*s/Matthew K. Felty*_______________________
Matthew K. Felty