IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL OILWELL VARCO, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>BLACK DIAMOND OILFIELD RENTALS, LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-24-1258-D<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Before the Court is the Joint Motion to Dismiss Claims Against Defendant Jackie E. "Jack" Smith With Prejudice [Doc. No. 140], filed by Plaintiff and Mr. Smith. The Court construes the motion as a notice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which allows a plaintiff to "dismiss an action without a court order … before the opposing party serves either an answer or a motion for summary judgment[.]"[1] Here, at the time Plaintiff and Mr. Smith filed their motion, Mr. Smith had not filed an answer or summary judgment motion. Accordingly, the filing is self-executing and no further action by the Court is required as to Mr. Smith. *See De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011) ("A stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing and immediately strips the district court of jurisdiction over the merits.").

---

[1] "Several district courts in the Tenth Circuit, as well as the majority of circuit courts, have held that Federal Rule of [Civil] Procedure 41 may be used to dismiss all claims against one defendant without dismissing the entire action." *Castillo v. Prater*, No. CIV-23-675-D, 2023 WL 9546946, at *13 (W.D. Okla. Dec. 8, 2023) (collecting cases), *rec. adopted*, No. CIV-23-675-D, 2024 WL 21801 (W.D. Okla. Jan. 2, 2024).

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant Jackie E. "Jack" Smith are **DISMISSED WITH PREJUDICE**. Each side shall bear their own fees and costs.

**IT IS SO ORDERED** this 10th day of October, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge