UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

# ADR REPORT

File Electronically at ADR Documents – ADR Report by Mediator/Evaluator

Case Number and Name:

Name of Mediator/Evaluator:

<u>TYPE OF ADR (check one):</u>         Mediation         Early Neutral Evaluation

ADR Session Held or to be Held:

Additional Session Held (if any):

<u>Results of Referral to ADR:</u>

    Case settled **before** ADR

    Case settled **at** ADR session

    Case did **not** settle

    Case will not be heard – Reason:

    Case settled in part – Explain:

    Parties Request Administrative Closing Order for _____ days

    Other – Explain:

**Counsel were requested to notify court if case settled or settled in part and to file appropriate pleadings.**

Did neutral serve pro bono?         Yes         No

<u>Status of litigation when ADR occurred:</u>

    TRO         Pre-Discovery         Partial Discovery

    Full Discovery         Trial Preparation Commenced         Other:

Length of ADR session:

Dated:

s/_____         or         s/_____
  Mediator/Evaluator (Attorney Bar #      )                          Mediator (Non-Attorney)
                                                                                       I certify that I have the signed original of this
                                                                                       document, which is available for inspection at any
                                                                                       time by the Court or a party to this action

**(ATTENTION NEUTRAL: This form is to be <u>FILED ELECTRONICALLY</u> by the neutral <u>immediately</u> upon the conclusion of the ADR. This form must be completed and filed even if the session did not occur or the neutral is serving privately for any case pending in this Court. Additional forms may be retrieved from the Court's website at <u>www.okwd.uscourts.gov</u>)**

**ONLY THE NEUTRAL IS TO <u>FILE</u> THIS FORM**
Any Notes or other information concerning this case that is not to be filed, please send separately to:

**ADR ADMINISTRATOR c/o Court Clerk**
**U.S. Courthouse**
**Room 1210**
**200 N.W. 4th Street**
**Oklahoma City, OK 73102**