Outlook

## Re: NOV v. BDOR et al., BDOR's Disc. Deficiencies

**From** Evan Talley <etalley@ryanwhaley.com>
**Date** Wed 10/28/2026 9:43 AM
**To** Zach Oubre <zach.oubre@mcafeetaft.com>
**Cc** Matthew Felty <mfelty@ryanwhaley.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <Michael.LaBrie@mcafeetaft.com>

Thanks, Zach. I will see you at M&T at 4:30.

ryan whaley
**Evan Talley**
**Attorney**
o: 405.239.6040
m: 405.361.0353
400 North Walnut Avenue
Oklahoma City, OK 73104
etalley@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

**From:** Zach Oubre <zach.oubre@mcafeetaft.com>
**Date:** Wednesday, October 28, 2026 at 9:21 AM
**To:** Evan Talley <etalley@ryanwhaley.com>
**Cc:** Matthew Felty <mfelty@ryanwhaley.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <Michael.LaBrie@mcafeetaft.com>
**Subject:** RE: NOV v. BDOR et al., BDOR's Disc. Deficiencies

Hey Evan,

I was out yesterday but happy to meet and confer today as to NOV's to-be-filed motion for leave under LCvR26.3(c). I've got a full slate today but could meet at 4:30pm CST at M&T's office if that works for you.

Thanks
-Zach

Zach Oubre | **McAfee & Taft** | (405) 270-6023 | zach.oubre@mcafeetaft.com

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

**From:** Evan Talley <etalley@ryanwhaley.com>
**Sent:** Tuesday, October 27, 2026 7:55 AM
**To:** Zach Oubre <zach.oubre@mcafeetaft.com>
**Cc:** Matthew Felty <mfelty@ryanwhaley.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <michael.labrie@mcafeetaft.com>
**Subject:** Re: NOV v. BDOR et al., BDOR's Disc. Deficiencies

Zach -

Following up on my email below, I am available this morning on my cell to discuss anything that remains unclear about the scope of the meet-and-confer. Otherwise, please specify your availability today or tomorrow for a short in-person meet-and-confer.

Evan

ryan whaley

**Evan Talley**
**Attorney**

o: 405.239.6040
m: 405.361.0353
400 North Walnut Avenue
Oklahoma City, OK 73104
etalley@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

On Oct 23, 2026, at 7:01 PM, Evan Talley <etalley@ryanwhaley.com> wrote:

If BDOR's position is that discovery should not move forward, yes, meeting and conferring over the other issues is moot.

**Evan Talley**
**Attorney**

o: 405.239.6040
m: 405.361.0353
400 North Walnut Avenue
Oklahoma City, OK 73104
etalley@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

On Oct 23, 2026, at 7:45 PM, Zach Oubre <zach.oubre@mcafeetaft.com> wrote:

So, is the scope of the requested meet and confer only NOV's to-be-filed motion for leave under LCvR26.3(c)?

Zach Oubre | **McAfee & Taft** | (405) 270-6023 | zach.oubre@mcafeetaft.com

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

**From:** Evan Talley <etalley@ryanwhaley.com>
**Sent:** Friday, October 23, 2026 6:04 PM
**To:** Zach Oubre <zach.oubre@mcafeetaft.com>
**Cc:** Matthew Felty <mfelty@ryanwhaley.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <michael.labrie@mcafeetaft.com>
**Subject:** Re: NOV v. BDOR et al., BDOR's Disc. Deficiencies

Sorry, my fault if not clear. If BDOR's position is that discovery is stayed, we don't need to add the prior issues to the meet and confer.

<image001.png>

**Evan Talley**
**Attorney**

o: 405.239.6040
m: 405.361.0353
400 North Walnut Avenue
Oklahoma City, OK 73104
etalley@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

On Oct 23, 2026, at 5:07 PM, Zach Oubre <zach.oubre@mcafeetaft.com> wrote:

Hey Evan,

I am not following your last email on Wednesday. I am just asking for confirmation of whether NOV seeking a meet and confer on only LCvR26.3(c); can you provide that confirmation?

Zach Oubre | **McAfee & Taft** | (405) 270-6023 | zach.oubre@mcafeetaft.com

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

**From:** Evan Talley <etalley@ryanwhaley.com>
**Sent:** Thursday, October 22, 2026 11:33 AM
**To:** Zach Oubre <zach.oubre@mcafeetaft.com>
**Cc:** Matthew Felty <mfelty@ryanwhaley.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <Michael.LaBrie@mcafeetaft.com>
**Subject:** Re: NOV v. BDOR et al., BDOR's Disc. Deficiencies

Zach -

Let us know on the below so we can set an agenda. Either way, let's hold Monday afternoon.

**Evan Talley**
**Attorney**

o: 405.239.6040
m: 405.361.0353
400 North Walnut Avenue
Oklahoma City, OK 73104
etalley@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

**From:** Evan Talley <etalley@ryanwhaley.com>
**Date:** Wednesday, October 21, 2026 at 8:58 AM
**To:** Zach Oubre <zach.oubre@mcafeetaft.com>
**Cc:** Matthew Felty <mfelty@ryanwhaley.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <Michael.LaBrie@mcafeetaft.com>
**Subject:** Re: NOV v. BDOR et al., BDOR's Disc. Deficiencies

Thanks for the response, Zach.

If BDOR's position is that discovery is still stayed, isn't its position that a meet-and-confer over the issues raised in prior motions to compel is premature? If that's not its position, let us know, and we will prepare an agenda of items to discuss.

**Evan Talley**
**Attorney**

o: 405.239.6040
m: 405.361.0353
400 North Walnut Avenue
Oklahoma City, OK 73104
etalley@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** Zach Oubre <zach.oubre@mcafeetaft.com>
**Date:** Wednesday, October 21, 2026 at 8:52 AM
**To:** Evan Talley <etalley@ryanwhaley.com>
**Cc:** Matthew Felty <mfelty@ryanwhaley.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <Michael.LaBrie@mcafeetaft.com>
**Subject:** RE: NOV v. BDOR et al., BDOR's Disc. Deficiencies

Hey Evan.

So, is NOV only seeking a meet and confer on LCvR26.3(c)?

Matt's September 30th email asks to meet and confer on issues raised in prior NOV motions to compel and your October 15th email sought to "meet-and-confer over the issues we specified below, including LCvR26.3" but your Monday email seems to ask for a meet and confer as to only LCvR26.3.

Please confirm that your request is to meet and confer as to only a motion NOV intends to file under LCvR26.3(c). I just want to make sure the scope of the meet and confer is clear. And, if that is the intended scope, happy to meet but am tied up this afternoon meetings and OOO tomorrow; however, I could meet next Monday afternoon or next Wednesday before 3pm.

Sincerely,
-Zach

Zach Oubre | **McAfee & Taft** | (405) 270-6023 | zach.oubre@mcafeetaft.com

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

**From:** Evan Talley <etalley@ryanwhaley.com>
**Sent:** Wednesday, October 21, 2026 8:32 AM
**To:** Zach Oubre <zach.oubre@mcafeetaft.com>
**Cc:** Matthew Felty <mfelty@ryanwhaley.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <michael.labrie@mcafeetaft.com>
**Subject:** Re: NOV v. BDOR et al., BDOR's Disc. Deficiencies

Zach -

Following up here. Let us know if you have availability this afternoon or at all tomorrow for a brief in-person meet-and-confer.

Thanks,

Evan

**Evan Talley**
**Attorney**

o: 405.239.6040
m: 405.361.0353
400 North Walnut Avenue
Oklahoma City, OK 73104
etalley@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

**From:** Evan Talley <etalley@ryanwhaley.com>
**Date:** Monday, October 19, 2026 at 12:22 PM
**To:** Zach Oubre <zach.oubre@mcafeetaft.com>
**Cc:** Matthew Felty <mfelty@ryanwhaley.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <michael.labrie@mcafeetaft.com>
**Subject:** Re: NOV v. BDOR et al., BDOR's Disc. Deficiencies
Zach -

We get that Black Diamond doesn't want to stipulate to engaging in discovery while NOV's motion remains pending. And I think you get our position that discovery should move forward. Since Black Diamond doesn't agree, we plan to move forward with filing a motion under 26.3(c), but per that subsection, we're required to have an in-person meet-and-confer before doing so. Let us know your availability for this week.

Thanks,

Evan

**Evan Talley**
**Attorney**

o: 405.239.6040
m: 405.361.0353
400 North Walnut Avenue
Oklahoma City, OK 73104
etalley@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

On Oct 19, 2026, at 9:08 AM, Zach Oubre <zach.oubre@mcafeetaft.com> wrote:

Good morning, counsel.

I am confused by these requests. What you folks are requesting is to engage in discovery; however, there is still a pending Rule 12 motion, thus, LCvR26.3 applies. As I noted last week, while I understand NOV is agreeable to stipulating to engage in discovery under LCvR26.3(b), Black Diamond is not.

Sincerely,
-Zach

Zach Oubre | McAfee & Taft | (405) 270-6023 | zach.oubre@mcafeetaft.com

This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

**From:** Evan Talley <etalley@ryanwhaley.com>
**Sent:** Thursday, October 15, 2026 10:09 AM
**To:** Matthew Felty <mfelty@ryanwhaley.com>; Zach Oubre <zach.oubre@mcafeetaft.com>
**Cc:** Phillip Whaley <pwhaley@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <Michael.LaBrie@mcafeetaft.com>
**Subject:** Re: NOV v. BDOR et al., BDOR's Disc. Deficiencies

Zach -

Following up on Matt's emails and my call and VM to you last week, since we're on the other side of the windows Matt proposed below, let us know your availability for next week to meet-and-confer over the issues we specified below, including LCvR26.3.

Thanks,

Evan

<image002.png>

**Evan Talley**
**Attorney**

o: 405.239.6040
m: 405.361.0353
400 North Walnut Avenue

Oklahoma City, OK 73104
etalley@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

**From:** Matthew Felty <mfelty@ryanwhaley.com>
**Date:** Thursday, October 8, 2026 at 6:15 PM
**To:** Zach Oubre <zach.oubre@mcafeetaft.com>
**Cc:** Phillip Whaley <pwhaley@ryanwhaley.com>; Evan Talley <etalley@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <Michael.LaBrie@mcafeetaft.com>
**Subject:** Re: NOV v. BDOR et al., BDOR's Disc. Deficiencies
We can add that issue to our meet/confer list, as well. Which window works for you?

Sent from my iPhone

<image003.png>

**Matt Felty**
**Attorney**

o: 405.239.6040
400 North Walnut Avenue
Oklahoma City, OK 73104
mfelty@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** Zach Oubre <zach.oubre@mcafeetaft.com>
**Sent:** Thursday, 08 October 2026 17:50:12
**To:** Matthew Felty <mfelty@ryanwhaley.com>
**Cc:** Phillip Whaley <pwhaley@ryanwhaley.com>; Evan Talley <etalley@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <Michael.LaBrie@mcafeetaft.com>
**Subject:** RE: NOV v. BDOR et al., BDOR's Disc. Deficiencies

Hey Matt,

There is still a pending motion to dismiss in this matter so LCvR26.3 still applies and would bar the discovery discussion that you request. To the extent your email from today is intended to reference LCvR26.3(b), Black Diamond does not provide such a stipulation under LCvR26.3(b). If you folks would like to advise non-parties that NOV makes such a stipulation, please feel free to do so.

Hope you gents are well.

Sincerely,
-Zach

Zach Oubre | McAfee & Taft | (405) 270-6023 | zach.oubre@mcafeetaft.com

<image004.png> This email is sent by McAfee & Taft, a law firm, and may contain information that is privileged or confidential. If you received this email in error, please notify the sender by reply email and delete the email and any attachments. If you are a client of McAfee & Taft, you should not share this email with others. Sharing this email may result in a loss of the attorney-client privilege.

**From:** Matthew Felty <mfelty@ryanwhaley.com>
**Sent:** Thursday, October 8, 2026 8:14 AM
**To:** Zach Oubre <zach.oubre@mcafeetaft.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <michael.labrie@mcafeetaft.com>
**Cc:** Phillip Whaley <pwhaley@ryanwhaley.com>; Evan Talley <etalley@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>
**Subject:** Re: NOV v. BDOR et al., BDOR's Disc. Deficiencies

Zach, following up on our email below. Which meet/confer window works best for you? And if not obvious, NOV stipulates pursuant to 26.3(b) that discovery may proceed notwithstanding Doc.166 . We trust you'll provide that information to counsel for the nonparties, as well. Thanks, and we look forward to hearing from you.

Matt

<image003.png>

**Matt Felty**
**Attorney**

o: 405.239.6040
400 North Walnut Avenue
Oklahoma City, OK 73104
mfelty@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** Matthew Felty <mfelty@ryanwhaley.com>
**Sent:** Wednesday, September 30, 2026 9:00 AM
**To:** Zach Oubre <zach.oubre@mcafeetaft.com>; Zach Neighbors <zach.neighbors@mcafeetaft.com>; Mike Labrie <michael.labrie@mcafeetaft.com>
**Cc:** Phillip Whaley <pwhaley@ryanwhaley.com>; Evan Talley <etalley@ryanwhaley.com>; Ricky Pearce <rpearce@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>
**Subject:** NOV v. BDOR et al., BDOR's Disc. Deficiencies

Zach & Co., hope all is well. Circling back on BDOR's discovery deficiencies that were raised in NOV's First and Second Motions to Compel (Doc. Nos. 72 and 89). Is BDOR is willing to supplement? If not, please provide your availability for a meet/confer the week of October 12 . Our side can make time either 10/12 (p.m.), 10/13 (a.m./p.m.), or 10/14 (p.m.).

Much appreciated,

Matt

<image003.png>

**Matt Felty**
**Attorney**

o: 405.239.6040
400 North Walnut Avenue
Oklahoma City, OK 73104
mfelty@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

<image001.png>
<image527180.png>