Outlook

## RE: Civil Action No.: CIV-24-1258-D: National Oilwell Varco, LP v. Black Diamond Oilfield Rentals, LLC et. al. - Gagemaker's Obj. & Resp. to Subpoena

**From** Bradley K. Jones <bkjones@rappandkrock.com>
**Date** Mon 10/5/2026 12:15 PM
**To** Matthew Felty <mfelty@ryanwhaley.com>; Evan Talley <etalley@ryanwhaley.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>
**Cc** Avery Moyle <amoyle@rappandkrock.com>; 'mike.labrie@mcafeetaft.com' <mike.labrie@mcafeetaft.com>; 'zach.oubre@mcafeetaft.com' <zach.oubre@mcafeetaft.com>; 'zach.neighbors@mcafeetaft.com' <zach.neighbors@mcafeetaft.com>; Kayla Martin <KMartin@rappandkrock.com>

Good afternoon, Matt.

I understand there is a pending motion to dismiss by NOV, and LCvR26.3 makes no distinction on the movant or source of discovery.

I am not sure what you want to discuss—we are complying with the local rules.

Regards,

**Bradley K. Jones**
Senior Counsel

15 YEARS RAPP & KROCK ATTORNEYS AT LAW

1980 Post Oak Blvd., Suite 1200
Houston, Texas 77056

**(O): 713.759.9977 | (D): 281.668.5092 | (C): 512.689.7864**

****Please note that to be effective service via email you need to include kmartin@rappandkrock.com****

Martindale-Hubbell AV PREEMINENT Peer Rated for Highest Level of Professional Excellence 2026 | RAPP & KROCK PC 2026 Recognized by Best Lawyers | Chambers Spotlight TX 2025 | A member of msi Global Alliance Independent legal & accounting firms

CONFIDENTIALITY NOTICE: *The information in this email (and any attachments) is confidential and may be protected by the attorney-client and other legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege or work product immunity. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.*

**From:** Matthew Felty <mfelty@ryanwhaley.com>
**Sent:** Wednesday, September 30, 2026 9:07 AM
**To:** Bradley K. Jones <bkjones@rappandkrock.com>; Evan Talley <etalley@ryanwhaley.com>; Kayla Martin <KMartin@rappandkrock.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>
**Cc:** Avery Moyle <amoyle@rappandkrock.com>; 'mike.labrie@mcafeetaft.com' <mike.labrie@mcafeetaft.com>; 'zach.oubre@mcafeetaft.com' <zach.oubre@mcafeetaft.com>; 'zach.neighbors@mcafeetaft.com' <zach.neighbors@mcafeetaft.com>
**Subject:** Re: Civil Action No.: CIV-24-1258-D: National Oilwell Varco, LP v. Black Diamond Oilfield Rentals, LLC et. al. - Gagemaker's Obj. & Resp. to Subpoena

**Attention:** This email originated outside of your organization

Brad:

Gagemaker's procedural objection set forth in your 10/10/25 email is no longer applicable. Please confirm that Gagemaker will complete its document production within the next 10-14 days. Otherwise, please provide your availability for a telephonic meet/confer, likely the week of October 19.

Much appreciated,

Matt

**Matt Felty**
**Attorney**

o: 405.239.6040
400 North Walnut Avenue
Oklahoma City, OK 73104
mfelty@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** Bradley K. Jones <bkjones@rappandkrock.com>
**Sent:** Friday, October 10, 2025 9:26 AM
**To:** Evan Talley <etalley@ryanwhaley.com>; Kayla Martin <KMartin@rappandkrock.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Matthew Felty <mfelty@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>
**Cc:** Avery Moyle <amoyle@rappandkrock.com>; 'mike.labrie@mcafeetaft.com' <mike.labrie@mcafeetaft.com>; 'zach.oubre@mcafeetaft.com' <zach.oubre@mcafeetaft.com>; 'zach.neighbors@mcafeetaft.com' <zach.neighbors@mcafeetaft.com>
**Subject:** RE: Civil Action No.: CIV-24-1258-D: National Oilwell Varco, LP v. Black Diamond Oilfield Rentals, LLC et. al. - Gagemaker's Obj. & Resp. to Subpoena

Good morning Evan,

I understand Motions to Dismiss [Dk. 133, 141] are pending, and "no party may seek discovery from any source before that motion has been decided." LCvR26.3.

Regards,

**Bradley K. Jones**

Counsel

1980 Post Oak Blvd., Suite 1200

Houston, Texas 77056

**(O): 713.759.9977 | (D): 281.668.5092 | (C): 512.689.7864**

CONFIDENTIALITY NOTICE: *The information in this email (and any attachments) is confidential and may be protected by the attorney-client and other legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege or work product immunity. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.*

**From:** Evan Talley <etalley@ryanwhaley.com>
**Sent:** Friday, October 10, 2025 7:39 AM
**To:** Kayla Martin <KMartin@rappandkrock.com>; Phillip Whaley <pwhaley@ryanwhaley.com>; Matthew Felty <mfelty@ryanwhaley.com>; Jim John <jjohn@ryanwhaley.com>; Jacob Oliphant <joliphant@ryanwhaley.com>
**Cc:** Bradley K. Jones <bkjones@rappandkrock.com>; Avery Moyle <amoyle@rappandkrock.com>; 'mike.labrie@mcafeetaft.com' <mike.labrie@mcafeetaft.com>; 'zach.oubre@mcafeetaft.com' <zach.oubre@mcafeetaft.com>; 'zach.neighbors@mcafeetaft.com' <zach.neighbors@mcafeetaft.com>
**Subject:** Re: Civil Action No.: CIV-24-1258-D: National Oilwell Varco, LP v. Black Diamond Oilfield Rentals, LLC et. al. - Gagemaker's Obj. & Resp. to Subpoena

**Attention:** This email originated outside of your organization

Brad –

Following up on my email below. Please let us know when you can – by the end of today if possible – whether Gagemaker will be producing additional docs.

Thanks,

Evan

ryan whaley

**Evan Talley**

**Attorney**

o: 405.239.6040
m: 405.361.0353

400 North Walnut Avenue

Oklahoma City, OK 73104

etalley@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** Evan Talley <etalley@ryanwhaley.com>
**Date:** Tuesday, September 30, 2025 at 1:15 PM
**To:** Kayla Martin <KMartin@rappandkrock.com>, Phillip Whaley <pwhaley@ryanwhaley.com>, Matthew Felty <mfelty@ryanwhaley.com>, Jim John <jjohn@ryanwhaley.com>, Jacob Oliphant <joliphant@ryanwhaley.com>
**Cc:** Bradley K. Jones <bkjones@rappandkrock.com>, Avery Moyle <amoyle@rappandkrock.com>, 'mike.labrie@mcafeetaft.com' <mike.labrie@mcafeetaft.com>, 'zach.oubre@mcafeetaft.com' <zach.oubre@mcafeetaft.com>, 'zach.neighbors@mcafeetaft.com' <zach.neighbors@mcafeetaft.com>
**Subject:** Re: Civil Action No.: CIV-24-1258-D: National Oilwell Varco, LP v. Black Diamond Oilfield Rentals, LLC et. al. - Gagemaker's Obj. & Resp. to Subpoena

Brad et al. –

Does Gagemaker intend to produce additional documents? I know it produced a few thousand pages a few weeks ago, but given our discussion, below, about a 9/30 deadline for rolling production, we'd like to know if we are to expect additional documents.

Thanks,

Evan

ryan whaley

**Evan Talley**

**Attorney**

o: 405.239.6040
m: 405.361.0353

400 North Walnut Avenue

Oklahoma City, OK 73104

etalley@ryanwhaley.com

This message may be protected by privileges or protections, including the attorney-client privilege. If you believe that it has been sent to you in error, do not read, forward or copy it. Please reply to the sender that you have received the message in error and then delete it. Thank you.

---

**From:** Kayla Martin <KMartin@rappandkrock.com>
**Date:** Monday, September 8, 2025 at 3:39 PM
**To:** Phillip Whaley <pwhaley@ryanwhaley.com>, Evan Talley <etalley@ryanwhaley.com>, Matthew Felty <mfelty@ryanwhaley.com>, Jim John <jjohn@ryanwhaley.com>, Jacob Oliphant <joliphant@ryanwhaley.com>
**Cc:** Bradley K. Jones <bkjones@rappandkrock.com>, Avery Moyle <amoyle@rappandkrock.com>, 'mike.labrie@mcafeetaft.com' <mike.labrie@mcafeetaft.com>, 'zach.oubre@mcafeetaft.com' <zach.oubre@mcafeetaft.com>, 'zach.neighbors@mcafeetaft.com' <zach.neighbors@mcafeetaft.com>
**Subject:** RE: Civil Action No.: CIV-24-1258-D: National Oilwell Varco, LP v. Black Diamond Oilfield Rentals, LLC et. al. - Gagemaker's Obj. & Resp. to Subpoena

Counsel,

Non-party Gagemaker, LP's second production GM_000189-003825 can be found at the link below. If you have any issues accessing the documents, please let me know.

https://rappandkrock.sharefile.com/d-scef8f121cc744b8292f9d683d4bf156f

Thank you,

**Kayla Martin**

Paralegal

15 YEARS RAPP & KROCK

1980 Post Oak Blvd., Suite 1200

Houston, Texas 77056

**(O): 713.759.9977 | (F): 713.759.9967**

Chambers SPOTLIGHT TX 2025

RAPP & KROCK PC 2026 RECOGNIZED BY Best Lawyers

CONFIDENTIALITY NOTICE: *The information in this email (and any attachments) is confidential and may be protected by the attorney-client and other legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege or work product immunity. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.*

---

**From:** Kayla Martin
**Sent:** Friday, August 1, 2025 2:40 PM
**To:** 'pwhaley@ryanwhaley.com' <pwhaley@ryanwhaley.com>; 'etalley@ryanwhaley.com' <etalley@ryanwhaley.com>; 'mfelty@ryanwhaley.com' <mfelty@ryanwhaley.com>; 'jjohn@ryanwhaley.com' <jjohn@ryanwhaley.com>; 'joliphant@ryanwhaley.com' <joliphant@ryanwhaley.com>
**Cc:** Bradley K. Jones <bkjones@rappandkrock.com>; Avery Moyle <amoyle@rappandkrock.com>; 'mike.labrie@mcafeetaft.com' <mike.labrie@mcafeetaft.com>; 'zach.oubre@mcafeetaft.com' <zach.oubre@mcafeetaft.com>; 'zach.neighbors@mcafeetaft.com' <zach.neighbors@mcafeetaft.com>
**Subject:** RE: Civil Action No.: CIV-24-1258-D: National Oilwell Varco, LP v. Black Diamond Oilfield Rentals, LLC et. al. - Gagemaker's Obj. & Resp. to Subpoena

Counsel,

Non-party Gagemaker, LP's first production GM_000001-188 can be found at the link below. If you have any issues with the link, please let me know.

https://rappandkrock.sharefile.com/d-sfca707bf9c2946fd8e272d6bca0efa8e

Thank you,

**Kayla Martin**

Paralegal

Two Post Oak Central

1980 Post Oak Blvd., Suite 1200

Houston, Texas 77056

**(O): 713.759.9977 | (F): 713.759.9967**

CONFIDENTIALITY NOTICE: *The information in this email (and any attachments) is confidential and may be protected by the attorney-client and other legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege or work product immunity. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.*

**From:** Kayla Martin
**Sent:** Friday, August 1, 2025 12:29 PM
**To:** 'pwhaley@ryanwhaley.com' <pwhaley@ryanwhaley.com>; 'etalley@ryanwhaley.com' <etalley@ryanwhaley.com>; 'mfelty@ryanwhaley.com' <mfelty@ryanwhaley.com>; 'jjohn@ryanwhaley.com' <jjohn@ryanwhaley.com>; 'joliphant@ryanwhaley.com' <joliphant@ryanwhaley.com>
**Cc:** Bradley K. Jones <bkjones@rappandkrock.com>; Avery Moyle <amoyle@rappandkrock.com>; 'mike.labrie@mcafeetaft.com' <mike.labrie@mcafeetaft.com>; 'zach.oubre@mcafeetaft.com' <zach.oubre@mcafeetaft.com>; 'zach.neighbors@mcafeetaft.com' <zach.neighbors@mcafeetaft.com>
**Subject:** Civil Action No.: CIV-24-1258-D: National Oilwell Varco, LP v. Black Diamond Oilfield Rentals, LLC et. al. - Gagemaker's Obj. & Resp. to Subpoena

Counsel,

Please find attached Non-party Gagemaker, LP's Objections and Response to Plaintiff's Subpoena to Produce Documents.

Thank you,

**Kayla Martin**

Paralegal

RAPP & KROCK

Two Post Oak Central

1980 Post Oak Blvd., Suite 1200

Houston, Texas 77056

**(O): 713.759.9977 | (F): 713.759.9967**

Chambers SPOTLIGHT TX 2024

RAPP & KROCK, PC 2025
RECOGNIZED BY
Best Lawyers

CONFIDENTIALITY NOTICE: *The information in this email (and any attachments) is confidential and may be protected by the attorney-client and other legal privileges and work product immunities. If you are not the intended recipient, you must not use or disseminate the information. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client privilege or work product immunity. If you have received this email in error, please immediately notify me by "Reply" command and permanently delete the original and any copies or printouts thereof.*